FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 NOV 17 PM 12: 23

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| **v.** | ) | **4:10-CR-00035** |
| | ) | |
| **MACK BRUNSON** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the

above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _____17ᵗʰ_____ day of November, 2014.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA